# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAIR NORELL JOHNSON | ) | Case No. 1:26-mj-00035-WCM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 30, 2026   in the county of   McDowell   in the
Western   District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒  Continued on the attached sheet.

/s/ Lesley Edge
*Complainant's signature*

Lesley Edge, Special Agent, FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date:  07/31/2026

City and state:    Asheville, North Carolina            Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*