## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Lesley Edge, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.   I am a Special Agent with the Federal Bureau of Investigation and have been since September 2006. As a Special Agent with the FBI, I have managed investigations into criminal and counterintelligence matters, conducted interviews, evidence searches, surveillance, arrest operations, electronic monitoring, and general investigative research. I have continued my professional education through in-service and online courses. Prior to joining the FBI, I worked as a Project Manager for the U.S. Army Corps of Engineers. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws and I am authorized by the Attorney General to request a criminal complaint and arrest warrant. As part of my duties and responsibilities as a FBI Special Agent, I am authorized to investigate crimes involving interstate threatening communications pursuant to Title 18, United States Code, § 875(c).

2.     As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including interstate threatening communications.  I am also aware from my training and experience that persons engaged in interstate threatening communications typically use false communication accounts and other techniques to disguise themselves.

3.     This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

4.      I have set forth only the facts believed necessary to establish probable cause to believe that JAIR NORELL JOHNSON has committed violations of Title 18, United States Code, § 875(c) making it a federal offense for any person to knowingly send a true threat in interstate commerce.

## FACTS CONCERNING THE INVESTIGATION

5.      On June 6, 2026, K███ ███ B███████ submitted an online tip to the National Threat Operations Center (NTOC) reporting threatening online communications by her ex-boyfriend Jair Norell JOHNSON  (herein referred to as JOHNSON).

6.      On July 31, 2026, FBI Asheville Special Agents interviewed B███████ regarding her complaint. During the interview B█████ stated the following:

7.      B███████ began dating JOHNSON in November 2023.

8.      In April 2024, they had an argument and while reaching to get his phone, he hit her in the face breaking her nose and requiring reconstructive surgery.  Due to this incident, JOHNSON was convicted of misdemeanor assault in Mecklenburg County and was given 18 months probation and a no contact order was issued.

9.      In approximately December 2024, they attempted to reconcile, but JOHNSON threatened to hang himself in her garage and refused to leave her home.

10.     In September 2025, B██████then filed a Domestic Violence Order (DVO) against him to get him away from her and her daughter.

11.     JOHNSON was served the DVO while at her house. He refused the order and ran from the police. He returned to the residence later and entered without her permission. B████████ called the police and he was removed and charged with violating the DVO.

12. In November 2025, B███████ spoke to her rental company and asked them to move her to a different property where JOHNSON could not find her. In the meantime, JOHNSON continued to attempt to contact her. At some point after she moved to the new location, JOHNSON entered her home without her permission while she was gone. She called the police and he barricaded himself inside the residence.

13. JOHNSON sent nude photographs of B███████ to her employer. This resulted in an investigation of B███████ by the employer.

14. In December 2025, JOHNSON exited out of the woods near her new residence and confronted her. While there, he placed tape on her security camera. He told her he was there for sex. B███████ felt as if she did not have a choice whether to have sex with him because she was scared and did not want to anger him further. Thereafter JOHNSON engaged in sex with B███████.

15. When he left the room after having sex, she looked through a book bag he had brought with him. Inside the bag was a notebook with details of her schedule and things he wanted to do to her. The following are photographs of the pages she found in the notebook that she photographed with her phone:

Operation : SMOKESCREEN

30 push ups
Nov. 29th

Mission Objective - Capture / Interrogate

- Scout target premise

• Find a T.O.C. location

• Identify R.O.E.
        1, If alone MUST subdue wipe erase Footage !!

Confirmed Intelligence :
✗ Working Friday night ... "Wanted to pick up
DID NOT WORK -> 29th, 30th
DOES WORK -> 29th, 30th, 1st, 2nd, 3rd
HAS ████████

-> cops
Threat Level : Orange -> No cell phone (Black)
USE TRADECRAFT -> BUS, Ski No logo clothes
Open terrain

[ Exit Plan : 12:51 AM, (20 min walk to stop)!!!
        Have Until 6pm - 8pm 4oth exit !! ]

# CONOPS 2

- Capture without deadly or damaging force
- Entry with limited damage / no trace
- 1 on 1   no witnesses !!!
- Take phone
  - ↳ Gather intel
  - ↳ Saved Passwords
  - ↳ Transfer all funds !!!
  - ↳ Change Apple ID password (Blank Phone?)
  - ↳ Destroy all tech
  - ↳ Wipe Ring (camera) delete all history
    destroy evidence
    
    (≈ 20 min)

▷ My Turn → Hog-tie
      Gather intel

▮  There Obort !

~~Mission turns Intelligence Gathering Only~~
        Scout, Take Photos !!!

...

20 pushups
                                        ↳ ?
                                    50 push up
                                    Nov. 20



Gear:
Shoe Lace Handcuffs 2x
Mask
Gloves
Tool to open window / break
Water

Long Range Vision
Tactical Vest / Utility bag
Duct tape



Ring covers on the inside ??

Neighbor on the left   20 hammers
clear line of right   =   20 shoulder taps
20 press

W↑R↓ 25 squats
S↑

25 pushups

Case: 1:28-cv-02635-MOO-SWA *SEALED* Document 6 Filed 07/03/26 7/31/2027 Page 7 of 16

16. JOHNSON continued showing up to her house against her wishes. She continued to call the police for violating the Domestic Violation Order. On one such occasion, he bit her in the face and hit her with a pole.

17. In February 2026, JOHNSON told B██████ he would hire a private investigator to find her. She did not return home that night and went straight to a friend's house, leaving all her belongings behind. She began paying for everything in cash and limiting any knowledge of her whereabouts to attempt to escape him.

18. B██████ also believed he created the email account ████████████████████████. She received emails from this account. The following are messages B████████ received on June 6, 2026, from this account:



# M Gmail

K█████ B███████████████████████████

## Re: Revenge
7 messages

████████████████████████████████       Fri, Jun 5, 2026 at 8:11 PM

Can't wait till you're off this earth.. you're gonna regret playing me... stupid bitch

On Fri, Jun 5, 2026 at 3:45 PM █████████████████████om> wrote:
You're a fucking smut... when I see you you're done bitch

On Fri, Jun 5, 2026 at 2:05 PM ████████████████████ wrote:
Post all the pictures you want acting all innocent bitvh... once you get found you're done bitch... chase all the dick you want you want see February 10th,2027 watch

K████ B█████ ██████████████████████       Sat, Jun 6, 2026 at 1:55 AM
To: "████████████████████████████

19th I'll know wya and your number... good luck lying bitch
[Quoted text hidden]

K████ B█████ █████████████████████       Sat, Jun 6, 2026 at 10:22 AM
To: "████████████████████████████

████████████████████
[Quoted text hidden]

K████ B█████ ████████████████████       Sat, Jun 6, 2026 at 10:47 AM
To: "████████████████████████████

Once I get current intel you're done bitch.... Your days of being a dick chasing cum bucket will be over shortly... real soon bitch... enjoy it now laugh now... soon you won't be laughing bitch
[Quoted text hidden]

K████ B█████ ████████████████████       Sat, Jun 6, 2026 at 10:56 AM
To: "████████████████████████████



Lmao you're going to regret playing me... you're not gonna make it to July bitch
[Quoted text hidden]

K___ B_____                                          Sat, Jun 6, 2026 at 1:08 PM
To:

Thought you'd won... you're going to done bitch... blood and bone you dick chasing smut... you're going to be of this earth.
[Quoted text hidden]

K___ B_____                                          Sat, Jun 6, 2026 at 1:35 PM
To:

You have 2 weeks left enjoy em now.

[Quoted text hidden]

K___ B_____                                          Sat, Jun 6, 2026 at 2:33 PM
To:

Just delaying the inevitable you're going to pay... you're going to be off this earth bitch watch...
[Quoted text hidden]

19.      JOHNSON continued to attempt to locate B██████. JOHNSON continued to create new phone numbers to contact her so she could not screen his calls and texts. One such phone number was: 828-672-5487. Below are screen shots of text messages B██████ received:







20. These above messages were sent on July 29, 2026, and July 30, 2026.

21. Additionally, JOHNSON sent B█████ numerous messages from phone number 413-455-5640. An example of some of the messages includes:

    a. "Simple choice", "Kill me or talk to me."

    b. "Tomorrow I am going to kill myself I am going to if I don't see u in person" He repeatedly texted this a minimum of 13 times in a row.

22. On July 31, 2026, an Emergency Disclosure Request (EDR) for subscriber information was sent to TextNow in relation to phone number: 828-672-5487. The following information was returned:

Name: K████ B████████
Email:████████████████████████
Registration Ip: 71.████.203 with date of 2026-06-19. IP 71.████.203 was utilized on 7/30/2026.

23. TextNow is a Canadian company headquartered in Waterloo, Canada. The service operates a voice over Internet Protocol (VoIP) with operations in San Francisco, California and Waterloo, Canada. The VoIP service utilizes the internet and I know from my training and experience that messages sent via this service necessarily travel to servers run by TextNow.

24. On July 31, 2026, an exigent request was submitted to ATT for telephone number 413-455-5640. ATT advised the subscriber for the telephone number was JAIR JOHNSON and provided records associated to the above referenced phone number. An NCDMV search for JOHNSON revealed a listed address of 1803 Perimeter Parkway Charlotte, North Carolina.

25. FBI submitted an exigent request to Charter Communications for the following IPs from Google. Charter provided the following subscriber information for the requested IPs:

- 2603:6083:4c00:c2:5495:2d854:41bb:911 for date and time of 07/31/2026 at 02:03:17 UTC
- 71.████.203 for date and time of 07/30/2026 at 22:30:52 UTC

Charter returned subscriber information showing Erin Millet with address 1803 Perimeter Pointe, Parkway Apt 2406, Charlotte, NC.

26. An Accurint search for Millet associated Millet to telephone number 803-246-7051. This telephone number is in contact with the records for phone number 413-455-5640 which is known to be used by JOHNSON.

27. Based on this information, it appears that JOHNSON is utilizing the Charter internet service at 1803 Perimeter Parkway, Charlotte, North Carolina through the Millet account. The IP in service at the Millet Charter account on July 30, 2026, matches the IP address used to send the threatening text messages on July 30, 2026.

28. Based on my experience and knowledge of this investigation, the language in the June 2026 emails and text messages is consistent with previous emails and text messages received by B███████ that she knew were sent from JOHNSON.

29. The North Carolina State Bureau of Investigation (SBI) obtained legal process for prospective location data concerning the 413-455-5640 number. This data shows that device to be located at address 1803 Perimeter Parkway Charlotte, North Carolina.

*This Affidavit has been reviewed by AUSA David A. Thorneloe*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/S/ Lesley Edge
Lesley Edge
Special Agent
Federal Bureau of Investigation

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 31st day of July, 2026, at 10:23 PM

W. Carleton Metcalf
United States Magistrate Judge